JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VIVIAN T. NGUYEN,<br><br>        Petitioner,<br><br>        v.<br><br>M. HILL, Warden,<br><br>        Respondent. | No. SA CV 17-00605-SVW (DFM)<br><br>JUDGMENT |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: November 15, 2017

_____
STEPHEN V. WILSON
United States District Judge